| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | **Brandon Lee Stanley** | Social Security number or ITIN   xxx–xx–9001 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ |
| | | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **District of Utah** | | Date case filed for chapter **13:   1/18/22** |
| Case number:   **22–20170   RKM** | | |

## Official Form 309I
## Notice of Chapter 13 Bankruptcy Case                                           10/20

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  https://pacer.uscourts.gov). Case status information is available at no charge through "Simple Case Lookup" on the court's website (www.utb.uscourts.gov) or by calling the Voice Case Information System (VCIS) at 1–866–222–8029.

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Brandon Lee Stanley | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | PO Box 376<br>Montezuma Creek, UT 84534 | |
| 4. | **Debtor's attorney**<br>Name and address | Justin O. Burton<br>Rulon T. Burton & Assoc.<br>448 E Winchester St Suite 175<br>Murray, UT 84107 | Contact phone (801) 288–0202<br><br>Email: justin@rulontburton.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Lon Jenkins tr<br>405 South Main Street<br>Suite 600<br>Salt Lake City, UT 84111 | Contact phone (801) 596–2884<br><br>Email: utahtrusteemail@ch13ut.org |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | United States Bankruptcy Court<br>District of Utah<br>350 South Main #301<br>Salt Lake City, UT 84101<br><br>Clerk of Court: David A. Sime | Hours open: 8:00 AM to 4:30 PM, Monday – Friday<br><br>Contact phone: (801) 524–6687<br><br>Website: www.utb.uscourts.gov |

Official Form 309I   **Notice of Chapter 13 Bankruptcy Case**                                           page 1
Date Generated: 1/26/22                                                For more information, see page 2 >

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting by video conference or in–person to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. Direct questions about appearing by video conference to utahtrusteemail@ch13ut.org. | The meeting may be continued or adjourned to a later date.<br><br>All individual debtor(s) must provide picture identification and proof of social security number to the trustee at the meeting of creditors. Failure to do so may result in your case being dismissed. | Meeting to be held on:<br>**Feb. 25, 2022** at **10:00 AM**<br><br>Location:<br>**By Video Conference or In–Person at 405 South Main Street, Suite 250, Salt Lake City, UT 84111** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f), or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 4/26/22** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 3/29/22** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 7/18/22** |
| | **Deadlines for filing proof of claim:**<br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan and confirmation hearing on docket** | The debtor has filed a plan.<br>The hearing on confirmation will be held on: **4/5/22** at **10:00 AM**<br>Location: **Dial: (636) 651–3182 Ten Min Before Hrg, Access Code: 9671833#, RKM Teleconference Line** | |
| **Objections to Confirmation** | Objections to confirmation must be filed and served no later than 7 days before the date set for confirmation. If there are no timely filed objections to confirmation pending or if all objections to confirmation are resolved by a court order or a stipulation signed by the debtor, the trustee and the objecting party, a plan may be confirmed without objection, and the hearing stricken. | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion by the deadline. | |

# NOTICE – PLEASE READ

**In an effort to contain the spread of COVID–19, effective immediately and until further notice, all Chapter 13 11 U.S.C. § 341 Meetings will be conducted remotely via ZOOM. Debtors, counsel, creditors, and parties in interest SHOULD NOT APPEAR IN PERSON. Additional information is available at www.ch13ut.org.**

## To Debtors

In order for your § 341 Meeting to be conducted by Video Participation, you must do the following:

1. You and your attorney (if you have one) must fully complete the Zoom Videoconference Form ("Videoconference Form") found at www.ch13ut.org. The Videoconference Form should be uploaded via secure ShareFile to the Trustee's office no later than 7 days before your scheduled § 341 Meeting. In the case of joint debtors, each debtor must sign the Videoconference Form. In addition, you must attach to your returned Videoconference Form a copy of the documents stated in the Videoconference Form that you and your attorney used to verify your identification and social security number.

2. As part of your Video Participation, you or your attorney (if you have one) will be responsible for providing adequate hardware and software necessary to establish and maintain an approved connection for the § 341 Meeting. The device you use must have a camera and a microphone. You must also provide any information, including a current email address, requested by the Trustee necessary to establish and maintain the Zoom connection. Approximately 2 days before your scheduled § 341 Meeting, the Trustee's Office will send you and your attorney a link to your Zoom § 341 Meeting which you should use to join your § 341 Meeting at the scheduled time. Also, when your § 341 Meeting is conducted, you must be in a location which is free from excessive noise or disruption which would impede or interrupt your meeting of creditors or would prevent the creation of a record of the meeting. If any of these requirements are not satisfied, the Trustee or his representative may continue the meeting to a mutually convenient time for parties in attendance.

3. You must bring to the § 341 Meetings the documents used to verify your identification and social security number on the Videoconferencing Form. You may be asked to display them for the camera.

If you have any questions or concerns about appearing via videoconference, please contact your attorney (if you have one). Otherwise, please contact the Trustee's Office by using the Contact Form located at www.ch13ut.org or via email at utahtrusteemail@ch13ut.org.

## To Creditors

**If you are a creditor and would like to appear at the § 341 Meeting, please contact the Trustee's Office by using the Contact Form located at www.ch13ut.org or via email at utahtrusteemail@ch13ut.org.**

United States Bankruptcy Court
District of Utah

In re: Case No. 22-20170-RKM
Brandon Lee Stanley Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 1088-2     User: admin     Page 1 of 2
Date Rcvd: Jan 26, 2022     Form ID: 309I     Total Noticed: 26

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 28, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Brandon Lee Stanley, PO Box 376, Montezuma Creek, UT 84534-0376 |
| 11969963 | + | Clark County Collection Services, LLC, 8860 West Sunset Road, Ste 100, Las Vegas, NV 89148-4899 |
| 11969972 | + | Liberty Mutual Insurance, 225 West Broadway, Ste 500, Glendale, CA 91204-1331 |
| 11969973 | + | Loans For Less, 3396 South 300 West, Salt Lake City, UT 84115-4342 |
| 11969978 | + | The Cash Store Corporate Office, 1901 Gateway Drive, Ste 200, Irving, TX 75038-2425 |
| 11969979 | + | Timberline Financial, 369 East State Road, Pleasant Grove, UT 84062-3616 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: justin@rulontburton.com | Jan 26 2022 22:57:00 | Justin O. Burton, Rulon T. Burton & Assoc., 448 E Winchester St Suite 175, Murray, UT 84107 |
| tr | + | Email/Text: bnc@ch13ut.org | Jan 26 2022 22:58:00 | Lon Jenkins tr, 405 South Main Street, Suite 600, Salt Lake City, UT 84111-3408 |
| 11969959 | + | Email/Text: bankruptcy@axcess-financial.com | Jan 26 2022 22:58:00 | Axcess Financial, 7755 Montgomery Road, Ste 400, Cincinnati, OH 45236-4197 |
| 11969960 | + | Email/Text: opsqa_usbankruptcy@cashnetusa.com | Jan 26 2022 22:58:00 | CashNet USA, 175 West Jackson Blvd, Ste 1000, Chicago, IL 60604-2863 |
| 11969962 | | Email/Text: bankruptcy@checkcity.com | Jan 26 2022 22:58:00 | Check City, PO Box 970183, Orem, UT 84097-0183 |
| 11969964 | + | Email/Text: bankruptcy@credencerm.com | Jan 26 2022 22:58:00 | Credence Resource Management, LLC, Attn: Bankruptcy, 4222 Trinity Mills Road, Ste 260, Dallas, TX 75287-7666 |
| 11969965 | | Email/PDF: creditonebknotifications@resurgent.com | Jan 26 2022 23:07:32 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 11969966 | + | Email/Text: orsbankruptcy@utah.gov | Jan 26 2022 22:58:00 | Deidra Delgai C/O ORS, PO Box 45033, Salt Lake City, UT 84145-0033 |
| 11969967 | + | EDI: ESSL.COM | Jan 27 2022 03:58:00 | Dish Network, Attn: Bankruptcy Dept, PO Box 6633, Englewood, CO 80155-6633 |
| 11969968 | + | Email/Text: compliance@dontbebroke.com | Jan 26 2022 22:58:00 | Dollar Loan Center, 8860 West Sunset Road, Ste 100, Las Vegas, NV 89148-4899 |
| 11969969 | | Email/Text: operationsclerk@easypayfinance.com | Jan 26 2022 22:57:00 | Easy Pay/Duvera Collections, Attn: Bankruptcy, PO Box 2549, Carlsbad, CA 92018 |
| 11969970 | | Email/Text: operationsclerk@easypayfinance.com | Jan 26 2022 22:57:00 | EasyPay Finance, PO Box 2549, Carlsbad, CA 92018-2549 |
| 11969971 | + | EDI: IRS.COM | Jan 27 2022 03:58:00 | IRS, Centralized Insolvency Operations, PO Box 7346, Philadelphia, PA 19101-7346 |
| 11969961 | | EDI: JPMORGANCHASE | Jan 27 2022 03:58:00 | Chase Bank, PO Box 15298, Wilmington, DE 19850-5298 |

Case 22-20170   Doc 13   Filed 01/28/22   Entered 01/28/22 22:19:48   Desc Imaged
Certificate of Notice   Page 5 of 5

| District/off: 1088-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jan 26, 2022 | Form ID: 309I | Total Noticed: 26 |

| | | | | |
|---|---|---|---|---|
| 11971955 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 26 2022 23:07:21 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 11969974 | + | Email/Text: bankruptcy@ncaks.com | Jan 26 2022 22:58:00 | National Credit Adjusters, LLC, 327 West 4th Avenue, PO Box 3023, Hutchinson, KS 67504-3023 |
| 11969975 | + | Email/Text: orsbankruptcy@utah.gov | Jan 26 2022 22:58:00 | Office of Recovery Services, PO Box 45033, SLC, UT 84145-0033 |
| 11969976 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jan 26 2022 23:07:12 | Resurgent Capital Services, Attn: Bankruptcy, POBox 10497, Greenville, SC 29603-0497 |
| 11969977 | | Email/Text: bankruptcy@snapfinance.com | Jan 26 2022 22:57:00 | Snap Finance, PO Box 26561, Salt Lake City, UT 84126 |
| 11969980 | | EDI: UTAHTAXCOMM.COM | Jan 27 2022 03:58:00 | USTC, Attn: Bankruptcy Unit, 210 North 1950 West, Salt Lake City, UT 84134-7040 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 28, 2022       Signature:       /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 18, 2022 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Justin O. Burton | on behalf of Debtor Brandon Lee Stanley justin@rulontburton.com  ffej65@gmail.com |
| Lon Jenkins tr | ecfmail@ch13ut.org  lneebling@ch13ut.org |
| United States Trustee | USTPRegion19.SK.ECF@usdoj.gov |

TOTAL: 3